| PROB 22 (Rev. 2/88) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* 0647 1:19CR00493-001 |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* CR-21-50141-TUC-JGZ(DTF) |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Nathan Jesus Baeza | DISTRICT NORTHERN DISTRICT OF OHIO | DIVISION |
|---|---|---|
| | NAME OF SENTENCING JUDGE The Honorable Judge Solomon Oliver, Jr. | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 06/25/2021 | TO 06/24/2024 |

**OFFENSE**

21:846, 841(a)(1), and (b)(1)(A) – Conspiracy to Distribute and Possess with Intent to Distribute Cocaine
21:846, 841(a)(1), and (b)(1)(A) – Attempted Possession with Intent to Distribute Cocaine

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OHIO

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Arizona upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

10/14/2021
Date

_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

10/20/2021
Effective Date

_____
United States District Judge