IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) INDICTMENT |
| Plaintiff, | ) |
| v. | ) CASE NO. 1:19 CR 493 |
| | ) Title 21, United States Code, |
| NATHAN JESUS BAEZA, | ) Sections 841(a)(1), (b)(1)(A), |
| HAROLD FOUCHA, JR., | ) and 846 |
| CHRISTIAN SHERMAN, | ) |
| | ) JUDGE OLIVER |
| Defendants. | ) |

COUNT 1
(Conspiracy to Distribute and Possess with Intent to Distribute Cocaine,
21 U.S.C. § 846)

The Grand Jury charges:

1. From on or about July 26, 2019 to on or about July 27, 2019, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendants NATHAN JESUS BAEZA, HAROLD FOUCHA, JR., CHRISTIAN SHERMAN did knowingly and intentionally combine, conspire, confederate, and agree together and with each other and with diverse others known and unknown to the Grand Jury, to distribute and possess with intent to distribute approximately 20 kilograms of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 846, 841(a)(1) and (b)(1)(A).

COUNT 2
(Attempted Possession with Intent to Distribute Cocaine,
21 U.S.C. § 846)

The Grand Jury further charges:

2.     On or about July 27, 2019, in the Northern District of Ohio, Eastern Division, Defendants NATHAN JESUS BAEZA, HAROLD FOUCHA, JR., CHRISTIAN SHERMAN did knowingly and intentionally attempt to possess with intent to distribute approximately 20 kilograms of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 846, 841(a)(1), and (b)(1)(A).

FORFEITURE

The Grand Jury further charges:

3.     For the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853, the allegations of Counts 1 and 2, inclusive, are incorporated herein by reference. As a result of the foregoing offenses, Defendants NATHAN JESUS BAEZA, HAROLD FOUCHA, JR., CHRISTIAN SHERMAN shall forfeit to the United States any and all property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violations; and any and all property used or intended to be used, in any manner or part, to commit or to facilitate the commission of such violations; including, but not limited to, the following:

a.     $60,000.00 in U.S. Currency seized on July 27, 2019.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.

2