# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America | No. CR-21-50141-001-TUC-JGZ (DTF) |
| Plaintiff, | **ORDER TERMINATING SUPERVISED RELEASE PRIOR TO ORIGINAL EXPIRATION DATE** |
| v. | |
| Nathan Jesus Baeza | |
| Defendant. | |

On Friday, June 25, 2021, the above-named was placed on supervised release for a period of 36 months.  Nathan Jesus Baeza has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that Nathan Jesus Baeza be discharged from supervision.

Respectfully submitted,

Alma Perez
U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that Nathan Jesus Baeza be discharged from supervision and that the proceedings in the case be terminated.

Honorable Jennifer G. Zipps
U.S. District Judge

12/22/2023
Date